IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 3:20-CV-170-DJH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK BELL; SHEILA BELL; | ) |
| U.S. BANK, N.A.; | ) |
| FARMERS NATIONAL BANK; | ) |
| MARION COUNTY, KENTUCKY; and | ) |
| THE COMMONWEALTH OF KENTUCKY, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR FEDERAL TAXES AND FORECLOSURE OF TAX LIENS**

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid trust fund recovery penalties, including statutory additions, owed by the Defendant Mark Bell, and to enforce the corresponding federal tax liens against certain real property located in Marion County, Kentucky.

**Jurisdiction and Venue**

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345 and 26 U.S.C. §§ 7402(a) and 7403.

2. Venue is proper in the Western District of Kentucky pursuant to 28 U.S.C. § 1391 because one or more defendants reside in Marion County, Kentucky, and the subject Real Property is located in Marion County, Kentucky. Marion County is located in the Western District of Kentucky, Louisville Division. LR 3.1(b)(1).

1

**Parties**

3. The Plaintiff is the United States of America.

4. The Taxpayer, Defendant Mark Bell, maintains an address at 910 Gerald O'Daniel Road, Lebanon, Kentucky 40033, and has or may claim an interest in the subject Real Property, described in Paragraph 10, below.

5. Defendant Sheila Bell, spouse of Defendant Mark Bell, maintains an address at 910 Gerald O'Daniel Road, Lebanon, Kentucky 40033, and may have or claim an interest in the subject Real Property, described in Paragraph 10, below.

6. Defendant U.S. Bank, N.A., may have or claim an interest in the subject Real Property, described in Paragraph 10, below.

7. Defendant Farmers National Bank may have or claim an interest in the subject Real Property, described in Paragraph 10, below.

8. Defendant Marion County, Kentucky, may have or claim an interest in the subject Real Property, described in Paragraph 10, below.

9. Defendant Commonwealth of Kentucky may have or claim an interest in the subject Real Property, described in Paragraph 10, below.

10. The subject Real Property is located at 910 Gerald O' Daniel Road, Lebanon, Kentucky 40033; consists of approximately 23.8 acres; and is more particularly described as:

    A certain tract of land located in Marion County, Kentucky at the end of Gerald O'Daniel road approximately 4,100 feet from Kentucky Highway 327 and more particularly described as follows:

    Beginning in the center of Hardin's Creek also in the line of Frank and Betty Peterson (DB. 116, page. 196) and corner with tract 2; thence leaving the center of the creek and Peterson line and running with a new division line and tract 2 line N 67 deg. 20'54": E 35.00 feet to a triple gum on the creek bank; thence N 67 deg. 20'54" E 399.45 feet to a fence post; thence N 67 deg. 20'54" W 45.34 feet to a point in .the centerline of Gerald O'Daniel

road; thence continuing with the new division line along the centerline of the road and with the tract 2 line S 23 deg. 57'17" E 361.05 feet to a point and corner with tract 8; thence leaving the tract 2 line and continuing with a new division line and tract 8 line N 86 deg. 01'24" E 15.96 feet to a point in the tract 4 line also in the centerline of the tract 4 private road; thence leaving the tract 8 line and running with the tract 4 line S 23 deg. 57'17" E 15.96 feet to a steel pin; thence continuing with the new division line and tract 4 line N 86 deg. 01'24" E 142.60 feet; thence N 82 deg. 08'37" E 638.38 feet; thence S 85 deg. 28'39" E 35.52 feet to a steel pin; thence S 20 deg. 45'29" E 74.09 feet; thence S 16 deg. 17'32" E 328.46 feet; thence S 11 deg. 42'44" E 138.22 feet to a steel pin; thence S 17 deg. 31'37" W 118.27 feet; thence S 06 deg. 37'31" E 37.95 feet to a steel pin; thence S 65 deg. 43'39" E 29.03 feet; thence S 81 deg. 19'25" E 119.99 feet to a steel pin in a fence line; thence continuing with a new division line and running with the fenced tract 4 line S 21 deg. 45'14" E 71.54 feet to a 24" sycamore; thence N 86 deg. 40'04" W 21.3.04 feet; thence S 21 deg. 02'29" W 529.97 feet and corner with Peterson; thence leaving the new division- line and tract 4 line and running with the fenced Peterson line N 76 deg. 54'44" W 704.65 feet to a fence post on the bank of Hardin's Creek; thence continuing with the Peterson line N 76 deg. 44'44" W 30.00 feet to the center of Hardin's Creek; thence continuing with the centerline of Hardin's creek and the Peterson line N 01 deg. 05'51" E 88.96 feet; thence N 24 deg. 33'27" E 217.45 feet; thence N 68 deg. 27'09" W 301.35 feet; thence N 44 deg. 01'35" W 181.41 feet to the point of beginning, being Tract 3 and containing 23.8 acres, by survey of Sam S. Anzelmo Jr., LS #2688, dated April 5, 1991, . . . the original being of record in Deed Book 158, Page 628, in the Marion County Court Clerk's office.

BEING the same property conveyed to Linda Lou Spalding, single, by Deed dated May 18, 1991, and of record in Deed Book 158, at page 653, in the office of the Marion County Court Clerk.

### Count I: Collect Trust Fund Recovery Penalty Assessments

11. From at least the fourth quarter of 2008 to the third quarter of 2017, Mark Bell owned and operated a company called Bell Machine and Fabrication (Bell Machine) that had employees.

12. Under the Federal Insurance Contributions Act (FICA), 26 U.S.C. §§ 3101, *et seq.*, employers are required to deduct and pay over to the United States a portion of their employees' wages for Social Security, Medicare, and federal income tax withholding.

3

13. Section 6672 of the Internal Revenue Code (26 U.S.C. § 6672) imposes a penalty upon any person required to collect, truthfully account for, and pay over the withholdings described in Paragraph 12, above, but who willfully fails to do so.

14. As the sole owner and operator, Mark Bell was responsible for ensuring that Bell Machine collected, accounted for, and paid over the withheld federal employment taxes to the United States.

15. Mark Bell willfully failed to collect, truthfully account for, and pay over the federal employment tax withholdings of Bell Machine from the fourth quarter of 2008 through the fourth quarter of 2010, from the fourth quarter of 2015 through the fourth quarter of 2016, and for the third quarter of 2017.

16. Pursuant to 26 U.S.C. § 6672, a delegate of the Secretary of the Treasury assessed the following trust fund recovery penalties against Mark Bell for amounts withheld from the wages of employees by Bell Machine, but not turned over to the United States:

| Assessment Type | Tax Period Ending | Dates of Assessment | Amount of Assessment | Outstanding Balance (as of January 6, 2020) |
|---|---|---|---|---|
| Civ. Pen. (§ 6672) | 12/31/2008 | 06/06/2011 | $7,842.79 | $2,292.62 |
| Civ. Pen. (§ 6672) | 03/31/2009 | 06/06/2011 | $3,164.71 | $4,362.93 |
| Civ. Pen. (§ 6672) | 06/30/2009 | 06/06/2011 | $2,923.52 | $4,030.42 |
| Civ. Pen. (§ 6672) | 09/30/2009 | 06/06/2011 | $1,441.64 | $1,987.48 |
| Civ. Pen. (§ 6672) | 12/31/2009 | 06/06/2011 | $3,441.24 | $4,744.17 |
| Civ. Pen. (§ 6672) | 03/31/2010 | 06/06/2011 | $5,724.75 | $7,892.25 |
| Civ. Pen. (§ 6672) | 06/30/2010 | 06/06/2011 | $5,266.88 | $7,261.03 |
| Civ. Pen. (§ 6672) | 09/30/2010 | 06/06/2011 | $5,026.96 | $6,930.26 |
| Civ. Pen. (§ 6672) | 12/31/2010 | 06/06/2011 | $4,143.74 | $5,712.60 |

| Assessment Type | Tax Period Ending | Dates of Assessment | Amount of Assessment | Outstanding Balance (as of January 6, 2020) |
|---|---|---|---|---|
| Civ. Pen. (§ 6672) | 09/30/2015 | 04/17/2017 | $8,677.12 | $9,924.22 |
| Civ. Pen. (§ 6672) | 12/31/2015 | 04/17/2017 | $6,716.77 | $7,661.32 |
| Civ. Pen. (§ 6672) | 03/31/2016 | 04/17/2017 | $6,485.63 | $7,397.68 |
| Civ. Pen. (§ 6672) | 06/30/2016 | 04/17/2017 | $7,130.35 | $8,133.06 |
| Civ. Pen. (§ 6672) | 09/30/2016 | 04/17/2017 | $7,212.50 | $8,226.76 |
| Civ. Pen. (§ 6672) | 12/31/2016 | 06/04/2018 | $4,213.38 | $4,610.96 |
| Civ. Pen. (§ 6672) | 09/30/2017 | 06/04/2018 | $12,137.34 | $13,208.03 |
| **Total Amount of Assessment** | | | **$91,549.32** | |
| **Total Balance Outstanding (as of January 6, 2020)** | | | | **$104,375.79** |

17. A delegate of the Secretary of the Treasury properly and timely gave notice of the penalty assessments set forth in Paragraph 16 to the defendant, Mark Bell, and made demand upon him for the payment of those assessments.

18. Penalties and interest have accrued according to law on the unpaid balance of the assessments set forth in Paragraph 16, and will continue to accrue until paid in full.

19. Despite notice and demand of payment, Mark Bell failed or refused to pay the full amounts due and owing for the penalty assessments set forth in Paragraph 16.

20. As of January 6, 2020, Mark Bell owes the United States $104,375.79, including interest that has and will continue to accrue until paid, for the tax periods listed in Paragraph 16.

### Count II: Foreclosure of Federal Tax Liens

21. The Real Property was transferred to Mark Bell by Linda Lou Spalding on April 4, 1994.

22. Pursuant to 26 U.S.C. §§ 6321 and 6322, tax liens in favor of the United States arose on the dates of the assessments of the liabilities described in Paragraph 16, above, and

attached to all property and rights to property belonging to defendant Mark Bell, including the Real Property.

23. On the dates shown below, the Internal Revenue Service recorded in the County Clerk's office of Marion County, Kentucky, notices of federal tax lien against Mark Bell for the tax periods listed below:

| Assessment Type | Tax Period Ending | Date Lien Recorded |
|---|---|---|
| Civ. Penalty (§ 6672) | 12/31/2008 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 03/31/2009 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 06/30/2009 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 09/30/2009 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 12/31/2009 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 03/31/2010 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 06/30/2010 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 09/30/2010 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 12/31/2010 | 07/07/2011 |
| Civ. Penalty (§ 6672) | 09/30/2015 | 09/11/2017 |
| Civ. Penalty (§ 6672) | 12/31/2015 | 09/11/2017 |
| Civ. Penalty (§ 6672) | 03/31/2016 | 09/11/2017 |
| Civ. Penalty (§ 6672) | 06/30/2016 | 09/11/2017 |
| Civ. Penalty (§ 6672) | 09/30/2016 | 09/11/2017 |
| Civ. Penalty (§ 6672) | 12/31/2016 | 07/16/2018 |
| Civ. Penalty (§ 6672) | 09/30/2017 | 07/16/2018 |

24. The United States of America, by virtue of the tax liens that encumber the Real Property is entitled to have the federal tax liens foreclosed, the Real Property sold, and the proceeds from the sale applied to the unpaid tax assessments described in Paragraph 16, above.

**Prayer for Relief**

WHEREFORE, the United States respectfully prays that this Court:

A. Enter judgment in favor of the United States and against Defendant Mark Bell, with respect to the income tax assessments described in Paragraph 16, above, in the amount of

$104,375.79 as of January 6, 2020, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

B. Determine, adjudge, and decree that, with respect to the assessments described in Paragraph 16, above, the United States holds valid and subsisting liens against the Real Property, and the tax liens of the United States attached to the interest of Defendant Mark Bell, in the Real Property;

C. Order that the tax liens of the United States be foreclosed against the interest of Defendant Mark Bell, in the subject Property, that the Real Property be sold, and that the proceeds from the sale be distributed to the United States and to the other lienholders and property owners according to the respective priorities of their liens and interests in the Real Property;

D. Award the United States its costs incurred in prosecuting this action; and

E. Such other and further relief as the Court deems just and proper.

Dated: March 4, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-7509 (v)
202-514-6866 (f)
Emily.K.Miller@usdoj.gov

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Mark Bell; Shiela Bell; U.S. Bank, N.A; Farmers National Bank; Marion County, Kentucky; the Commonwealth of Kentucky

**(b)** County of Residence of First Listed Plaintiff   n/a
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Marion County, Kentucky
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Emily K. Miller, US Department of Justice - Tax Division
P.O. Box 227 Ben Franklin Station, Washington, D.C. 20044
(202) 353-7509

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7403

Brief description of cause:
Suit to collect trust fund recovery penalties and foreclose tax liens

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 104,375.79

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 03/04/2020

SIGNATURE OF ATTORNEY OF RECORD: /s/ Emily K. Miller

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

JS 44 Reverse  (Rev. 09/19)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.